

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-90,570-01 & 90,570-02

### EX PARTE CHANCE GREGORY ZUGAR, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1120572-A & 1120573-A IN THE 263RD DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and aggravated kidnapping and sentenced to eight years' imprisonment on each count. He did not appeal his convictions.

Applicant contends, among other things, that adjudication-of-guilt counsel was ineffective. The trial court signed timely orders designating issues, but the district clerk forwarded these applications before the trial court made findings of fact and conclusions of law. *See* TEX. R. APP. P. 73.4(b)(5). We remand these applications so the trial court can make findings of fact and conclusions

of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: November 20, 2019
Do not publish